## BRAZOSPORT SAVINGS & LOAN ASSOCIATION ET AL. *v.* PHILLIPS ET AL.

No. 565.   Decided January 13, 1964.

*John J. McKay* for appellants.

*Waggoner Carr,* Attorney General of Texas, *Joe R. Long* and *Howard W. Mays,* Assistant Attorneys General, *Edward Clark* and *Martin Harris* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

## STICKLER *v.* OHIO.

No. 601.   Decided January 13, 1964.

*Jack G. Day* for appellant.

*Fred Cartolano* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.